# Exhibit 2

# Genuine Product



| | | | |
|---|---|---|---|
| 🚚 **Free shipping** › Excludes local items | 📦 **Free returns** Up to 90 days* | 📱 **Get the Temu App** | **Sell on Temu** Join Now › |

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | [search: batana oil for hair growth] | Sign in / Register Orders & Account | Support | English | 🛒

Home › Beauty & Health › Hair Care › 8oz Natural Batana Oil for...





**WINTER SALE** — Free shipping on orders over $30 from this seller › | ✓ $5.00 Credit for ›

⬜ No import charges  📍 Local warehouse  **8oz Natural Batana Oil for Deep Hair Care, Hair**

39 sold | Sold by 🟠 ›   4.6 ★★★★★

$15.99  **$5.93**  -62% limited time  ALMOST SOLD OUT ⓘ

Pay $1.48 today [afterpay] [Klarna]

**Big sale** — Ends in 17:17:01:31  ›

**Quantity**

[🔥 2-Pack Standard Edition]  [3-Pack Standard Edition]

[4-Pack Standard Edition]

Qty  [ 1 ▾ ]

**Add to cart**
62% OFF

💧 **Buy now! Almost out!**
Fastest delivery in 4 days

🚚 **Ships from this seller** ›

Standard: $2.99 or **FREE** (if ordering $30.00+ from this seller), Fastest delivery in 4 days

No import charges for...

 **11 reviews** |  **4.6** ★★★★★   🛡️ All reviews are from verified purchases



