IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yoeu Inc,<br><br>      Plaintiff,<br><br>vs.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>      Defendants.<br>. | **Civil Action No.: 1:26-CV-00007** |

## MOTION TO SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Yoeu Inc. respectfully moves this Court for an Order substituting counsel of record in this matter.

1. Plaintiff seeks to substitute Shaoyi Che of YoungZeal LLP as counsel of record in place of attorney Qin Zhuang.

2. The current counsel, Attorney Zhuang, consents to the substitution and has affixed his signature below.

3. The substitution will not cause any delay, and Plaintiff will not request any extensions to current deadlines.

Date: February 11, 2026

Respectfully submitted
By: */s/ Shaoyi Che*
Shaoyi Che
TX# 24139843
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555

1

Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

*/s/ Qin Zhuang*
Qin Zhuang
Building 2, Unit 1, Room 507
5 Chaoyang Road, Chaoyang
Beijing, PRC 100022
0086-155-1009-0593
zhuangqin@yuntinglaw.com

## **CERTIFICATE OF SERVICE**

I, Shaoyi Che, hereby certify that on February 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

*/s/ Shaoyi Che*
Shaoyi Che
