IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yoeu Inc,<br><br>    Plaintiff,<br><br>vs<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>    Defendants. | Civil Action No.: 1:26-CV-00007 |

## DECLARATION OF ZHANG HUA

I, Zhang Hua, declare as follows:

1. This declaration is based on my personal knowledge and on my review of business records maintained in the regular course of Plaintiff's business. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am over eighteen (18) years of age and am legally competent to make this declaration, which is true and correct, is based on my personal knowledge, and is made voluntarily and not under duress.

3. I am the Intellectual Property Department Manager of Plaintiff Yoeu Inc ("Plaintiff"). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

4. Since approximately 2025, Plaintiff has devoted substantial resources to investigating unauthorized sellers and gathering evidence relating to infringing activities involving

the Plaintiff's trademark. Plaintiff conducts ongoing brand protection and enforcement efforts, including monitoring and investigating unauthorized listings appearing on online marketplaces such as Amazon.com. As the Intellectual Property Department Manager, I oversee and supervise these investigative activities and the procedures used to collect and preserve relevant evidence.

5. I personally directed and oversaw investigative test purchases from the defendants identified on Schedule A. Using ordinary consumer purchasing methods, I caused orders to be placed through standard Amazon checkout procedures.

6. Each test purchase was shipped to a delivery address located in Chicago, Illinois 60619, within the Northern District of Illinois.

7. During the investigative purchases, screenshots were captured documenting:

- product listing pages,
- seller storefront information,
- checkout and order confirmation screens, and
- shipment and delivery information.

8. These screenshots were captured at or near the time of the transactions directly from the Amazon website and accurately reflect the content as it appeared during the investigative purchases.

9. The materials attached collectively as Exhibit 1 are true and correct copies of the records generated during these investigations and maintained in Plaintiff's files in the ordinary course of business.

10. Based on my review of these materials and the procedures used by Plaintiff's team, Exhibit 1 reflects that products purchased from each Defendant identified on Schedule A were shipped into the Northern District of Illinois.

11. I would also like to respectfully supplement documents supporting Plaintiff's trademark use. The materials attached as Exhibit 2 consist of records demonstrating Plaintiff's commercial use of its registered trademark UEUEKOKO (the "Plaintiff Mark") across multiple online sales channels, including Facebook, Amazon, Gosupps, Poshmark, Ubuy, and other e-commerce platforms. These materials include product listings, sales channel screenshots, and consumer-facing pages where the Plaintiff Mark appears in connection with Plaintiff's products. Based on my personal knowledge and review of these records, Exhibit 2 fairly and accurately reflects examples of Plaintiff's use of the Plaintiff Mark in commerce.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*zhanghua*

**Zhang Hua**

Executed on February 23, 2026