| Defendant No. | Store Name | Page |
|---|---|---|
| 1 | HAODAKUN US-1 | 1 |
| 2 | HAODAKUN US | 6 |
| 3 | HAODAKUN US-2 | 11 |
| 4 | Giles Oscar | 16 |
| 5 | Tongcheng County Kuluanci Trading Co., Ltd | 21 |
| 6 | liuyuqi1 | 26 |
| 7 | Baiyewang | 31 |
| 8 | ChaoDingTai | 36 |
| 9 | MC Penguin | 41 |
| 10 | BRO Login | 46 |
| 11 | BC Elephant | 51 |
| 12 | Dragon Garden | 56 |
| 13 | E-GOHI | 61 |
| 14 | BB-FLY | 66 |
| 15 | YHHAFSFW | 71 |
| 16 | WhisperForm | 76 |
| 17 | mafcbxcbeng | 81 |
| 18 | huangquanlalala | 86 |
| 19 | Xihe Building Materials | 91 |
| 20 | YUQIUCHAN | 96 |
| 21 | JUJUJIE | 101 |
| 22 | YueHuanHuan-us | 106 |
| 23 | LIHAISHAN | 111 |
| 24 | hezexiaomadawuliuyouxiangongsi | 116 |
| 25 | xingtaigengyaoshangmaoyouxiangongsi | 121 |
| 26 | meishanshihonghuashangmaoyouxiangongsi | 126 |
| 27 | chengduxincaimeidadianzishangwuyouxiangongsi | 131 |
| 28 | yiwushiyanmandianzishangwuyouxiangongsi | 136 |
| 29 | henanshengrongkuoshangmaoyouxiangongsi | 141 |
| 30 | XingMengBaiHuo | 146 |

Defendant No. 1
Store Name:
HAODAKUN US-1





### UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9.99** ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
|---|---|
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.
- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.
- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.
- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.
- 📩 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.



Report an issue with this product or seller



**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



**$9.99** ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| Shipper / Seller | HAODAKUN US-1 |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add to List**



**HAODAKUN US-1**

Visit the HAODAKUN US-1 storefront

★☆☆☆☆ | **0% positive** in the last 12 months (29 ratings)

🛡 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## Reviews

★☆☆☆☆ **1.1** out of 5

29 ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 3% |
| 2 star | | 3% |
| 1 star | | 93% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

29 total ratings, 29 with feedback for 12 months ⓘ

★☆☆☆☆ " Complete fraud, and amazon's response has been horrible. Still have not been refunded "
By Kim Carpenter on August 18, 2025.

★☆☆☆☆ " I'm still waiting on a total and complete refund. I did return this item, because it was not what I ordered. It was a cheap toy drone worth about $200 maybe. Th... "
Read more
By Kindle Customer on August 16, 2025.

★☆☆☆☆ " DO NOT order from this reseller. They are bait and switch scammers. I ordered a $1000 DJI drone from them and received a cheap fake drone instead. Looks like so... "
Read more
By Darren Bordeaux on July 30, 2025.

★☆☆☆☆ " Just FRAUD "
By Amazon Customer on July 28, 2025.

★☆☆☆☆ " DO NOT BUY FROM THIS SELLER THEY WILL RIP YOU OFF. I didnt get the item that I thought I was ordering. I got a cheap wanna be drone that was nowhere near what I... "
Read more
By Amazon Customer on July 27, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** peixiantingkunshangmaodiangerenduzi
**Business Address:**
兴海大道韵海信利康大厦
南区D4栋207
深圳市
南山区
广东省
518100
CN

## Shipping Policies ⌄





Defendant No. 2
Store Name:
HAODAKUN US





## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 🤎 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.



Report an issue with this product or seller



New on Amazon: Bobbi Brown
Give the gift of effortless beauty   Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | HAODAKUN US |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 3
Store Name:
HAODAKUN US-2





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.
Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📩 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

  Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | HAODAKUN US-2 |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 4
Store Name:
Giles Oscar





## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9⁹⁹** ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📦 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller

---

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown









# Giles Oscar

Visit the Giles Oscar storefront

★☆☆☆☆ | 17% positive in the last 12 months (35 ratings)

🛡 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

Giles Oscar is committed to providing each customer with the highest standard of customer service.

**Have a question for Giles Oscar?**

[ Ask a question ]

## Reviews

★☆☆☆☆ 1.7 out of 5
35 ratings

[ 12 months ▾ ]

| | |
|---|---|
| 5 star | 14% |
| 4 star | 3% |
| 3 star | 3% |
| 2 star | 3% |
| 1 star | 77% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

35 total ratings, 35 with feedback for 12 months ⓘ

★☆☆☆☆ "Item was returned, but have not received refund."
By Kim Hollingsworth on December 26, 2025.

★☆☆☆☆ "~~Still stole $30 of my refund. I never used the dress bc it never made it to me in time of my event. I never wore it & then I finally got to see the reviews when...~~"
Read more
By Amazon Customer on December 11, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆ "I sent the package with the correct return label, by the date required. Never received a refund."
By Amazon Customer on December 5, 2025.

★☆☆☆☆ "I will NOT order from this company ever again! When I tried to return the dress that did not fit, the company made it impossible for me to complete the return a..."
Read more
By S. Kotvasz on December 1, 2025.

★☆☆☆☆ "The bodice was not the same as the picture, and it did not fit. I contacted the seller for a refund. They tried to convince me to sell it but after insisting on..."
Read more
By Cailin Dilday on November 30, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** ShuChengMingFeiXianDianZiShangWuYouXianGongSi
**Business Address:**
兴海大道前海信利康大厦
南区A1栋409
深圳市
南山区
广东省
518100
CN

## Shipping Policies





Defendant No. 5
Store Name:
Tongcheng County Kuluanci Trading Co., Ltd





## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9**⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

## About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌎 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📩 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller

 **New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



**$9**⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8**. Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | Tongcheng County Kuluanci Trading Co., Ltd |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List



# Tongcheng County Kuluanci Trading Co., Ltd

Visit the Tongcheng County Kuluanci Trading Co., Ltd storefront

★★★★★ | **100% positive** in the last 12 months (10 ratings)

🔍 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

Tongcheng County Kuluanci Trading Co., Ltd is committed to providing each customer with the highest standard of customer service.

**Have a question for Tongcheng County Kuluanci Trading Co., Ltd?**

[ Ask a question ]

## Reviews

★★★★★ 5 out of 5
10 ratings

[ 12 months ∨ ]

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ∨

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ∨ ]

10 total ratings, 10 with feedback for 12 months ⓘ

★★★★★ "I didn't contact the seller but great item."
By Melissa.C.G. on August 21, 2025.

★★★★★ "Very cool"
By Juan Ariel on August 19, 2025.

★★★★★ "The sellers where nice when I reach out and let them know I didn't receive my item"
By Sashalee brown on August 12, 2025.

★★★★★ "My experience with this seller was very good, I would recommend them to anyone"
By Shannette Dixon on August 7, 2025.

★★★★★ "Just what I hoped"
By Sakera Clarke on August 4, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** tongchengxiankuluancishangmaoyouxiangongsi
**Business Address:**
兴海大道前海信利康大厦
南区A1栋705
深圳市
南山区
广东省
518100
CN

## Shipping Policies ∨

## Other Policies ∨

## Help ∨





Defendant No. 6
Store Name:
liuyuqi1





## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9⁹⁹** ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.
- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.
- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.
- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.
- 🤎 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

🚩 Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown

---

**$9⁹⁹** ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| | |
|---|---|
| Shipper / Seller | liuyuqi1 |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add to List**







# Defendant No. 7
# Store Name:
# Baiyewang





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

$9$^{99}$ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌎 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📦 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



$9$^{99}$ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| Shipper / Seller | Baiyewang |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List



# Baiyewang

Visit the Baiyewang storefront

★★☆☆☆ | 0% positive lifetime (1 total ratings)

🔍 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

Baiyewang is committed to providing each customer with the highest standard of customer service.

**Have a question for Baiyewang?**

Ask a question

## Reviews

★★☆☆☆ 2 out of 5
1 ratings

Lifetime ⌄

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 100% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars ⌄

1 total ratings, 1 with feedback for Lifetime ⓘ

★☆☆☆☆ "I never received my package"
By Pedro Elizondo on May 4, 2025.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆ "I never received the package"
By sady antonio on April 19, 2025.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆ "Nunca recibí el producto ni la devolución del dinero"
By Amazon Customer on April 8, 2025.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆ "No me llego el paquete"
By Amazon Customer on April 7, 2025.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★★☆☆☆ "Tracking package and it says item is lost. Looking for response from seller for cancelling or replacing order."
By xkanvic on April 3, 2025.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** yongjishiliubaixingguwuzhongzhijiatingnongchang
**Business Address:**
兴海大道前海信利康大厦
南区A1栋708
深圳市
南山区
广东省
518100
CN

## Shipping Policies





Defendant No. 8
Store Name:
ChaoDingTai





## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9⁹⁹** ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
|---|---|
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 🤎 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty Shop Bobbi Brown





# ChaoDingTai

Visit the ChaoDingTai storefront

★★★★★ | **100% positive** in the last 12 months (33 ratings)

🛡️ **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

ChaoDingTai is committed to providing each customer with the highest standard of customer service.

**Have a question for ChaoDingTai?**

Ask a question

## Reviews

★★★★★ 4.9 out of 5
33 ratings

12 months ⌄

| | |
|---|---|
| 5 star | 88% |
| 4 star | 12% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

33 total ratings, 33 with feedback for 12 months ℹ️

★★★★★  "As described and they fit perfectly in our refrigerator! Very happy qnd the price is great!"
By V. O'Brien on June 29, 2025.

★★★★★  "I am happy"
By Need to be a little for thicker for comfort on May 30, 2025.

★★★★☆  "Good job"
By Michael A. Grannum on May 26, 2025.

★★★★★  "Great deal"
By Kunst22 on May 24, 2025.

★★★★☆  "he filters rubber o-rings was cracked and unusable. Can I return the remaining filter for credit?"
By Nurse Ratched on May 23, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** ShenZhenShiChaoDingTaiMaoYiYouXianGongSi
**Business Address:**
兴海大道前海信利康大厦
南区B2栋207
深圳市
南山区
广东省
518100
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄





Defendant No. 9
Store Name:
MC Penguin





**Click to see full view**

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9.99** ($2.50 / fluid ounce)

| | |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 🤎 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

 Report an issue with this product or seller

 **New on Amazon: Bobbi Brown**
Give the gift of effortless beauty Shop Bobbi Brown



**$9.99** ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| | |
|---|---|
| Shipper / Seller | MC Penguin |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add to List**



## MC Penguin

Visit the MC Penguin storefront

★★★★★ | **100% positive** in the last 12 months (24 ratings)

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

**About Seller**

MC Penguin is committed to providing each customer with the highest standard of customer service.

**Have a question for MC Penguin?**

Ask a question

## Reviews

★★★★★ 4.8 out of 5
24 ratings

12 months ▾

| | |
|---|---|
| 5 star | 83% |
| 4 star | 17% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

24 total ratings, 24 with feedback for 12 months ⓘ

★★★★★ "Thanks"
By Jom on January 2, 2026.

★★★★☆ "Prompt shipping!"
By Kevin R on November 24, 2025.

★★★★★ "Quick delivery. Great item."
By Eric Hansen on November 1, 2025.

★★★★☆ "Would be better with a video on how to put it on."
By Bill on November 1, 2025.

★★★★★ "Fast prime shipping"
By NukedZombie on October 31, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** GuiZhouZhongShiShangMaoYouXianGongSi
**Business Address:**
  兴海大道前海信利康大厦
  南区B2栋403
  深圳市
  南山区
  广东省
  518100
  CN

**Shipping Policies** ▾

**Other Policies** ▾

**Help** ▾





Defendant No. 10
Store Name:
BRO Login





UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

## About this item

- 🌴 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📦 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

 Report an issue with this product or seller

New on Amazon: Bobbi Brown
Give the gift of effortless beauty Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | BRO Login |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 11
Store Name:
BC Elephant





## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9⁹⁹** ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
|---|---|
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🎉 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌏 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📦 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

⊟ Report an issue with this product or seller

 **New on Amazon: Bobbi Brown**
Give the gift of effortless beauty   Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

⊙ Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| Shipper / Seller | BC Elephant |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add to List**



## BC Elephant

Visit the BC Elephant storefront

★★★★★ | **100% positive** in the last 12 months (41 ratings)

Protected by A-to-z Guarantee  The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

### About Seller

BC Elephant is committed to providing each customer with the highest standard of customer service.

Have a question for BC Elephant?

Ask a question

### Reviews

★★★★★ **4.9 out of 5**
41 ratings

12 months ⌄

5 star ▓▓▓▓ 85%
4 star ▓ 15%
3 star 0%
2 star 0%
1 star 0%

Learn more about how seller reviews work on Amazon ⌄

Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars ⌄

41 total ratings, 41 with feedback for 12 months ⓘ

★★★★★  "se poldean muiy bien"
By Elena P. on December 6, 2025.

★★★★★  "great"
By Joshua Kunselman on October 26, 2025.

★★★★★  "Order was well packaged and sealed within a box."
By Sharyl Lisa Alpert on October 23, 2025.

★☆☆☆☆  "Terrible product didn't do what said cans empty no returns allowed"
By Travis Pryor on October 12, 2025.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Exactly as described just what I needed in good time (lost track of my old one ) this new one is better thanks"
By Kindle Customer on October 12, 2025.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** GuiZhouRongJieMoShangMaoYouXianGongSi
**Business Address:**
兴海大道前海信利康大厦
南区B栋204
深圳市
南山区
广东省
518100
CN

### Shipping Policies  ⌄

### Other Policies  ⌄

### Help  ⌄





Defendant No. 12
Store Name:
Dragon Garden





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

$9.99 ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌎 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📩 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller



New on Amazon: Bobbi Brown
Give the gift of effortless beauty Shop Bobbi Brown



$9.99 ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| | |
| --- | --- |
| Shipper / Seller | Dragon Garden |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List



Amazon.com Seller Profile: D    +

amazon.com/sp?ie=UTF8&seller=AANP38DBIDZLZ

# Dragon Garden

Visit the Dragon Garden storefront

★★★★☆  |  **95% positive** in the last 12 months (39 ratings)

ℹ️ **Protected by A-to-z Guarantee**  The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

**About Seller**

Dragon Garden is committed to providing each customer with the highest standard of customer service.

**Have a question for Dragon Garden?**

Ask a question

## Reviews

★★★★☆ 4.7 out of 5          12 months ⌄
39 ratings

| | |
|---|---|
| 5 star | 82% |
| 4 star | 13% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 5% |

Learn more about how seller reviews work on Amazon ⌄

Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars ⌄

39 total ratings, 39 with feedback for 12 months ⓘ

★★★★☆  "Arrived as promised, but doesn't work "
By Amazon Customer on December 20, 2025.

★★★★★  "Exactly as pictured, good packing and fast delivery. "
By Darlene P. Smith on December 18, 2025.

★☆☆☆☆  "This is a scam company selling products on Amazon that is not in stock. I bought Asics running shoes and after over a week they informed me that it is not avail... "
Read more
By Ryanf on December 6, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆  "Will not mold correctly and will just damage my teeth causing teeth movement and major pain. Now seller not providing a refund for a horrible item. "
By Amazon Customer on November 14, 2025.

★★★★★  "Loved them "
By denise manchester on November 10, 2025.

Previous Next

---

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** haikoushikailedishangmaoyouxiangongsi
**Business Address:**
兴海大道前海信利康大厦
南区C3栋302
深圳市
南山区
广东省
518100
CN

**Shipping Policies** ⌄

**Other Policies** ⌄





Defendant No. 13
Store Name:
E-GOHI





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 🧴 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.




🗒 Report an issue with this product or seller

New on Amazon: Bobbi Brown
Give the gift of effortless beauty  Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8**. Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | E-GOHI |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 14
Store Name:
BB-FLY





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 💬 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

 Report an issue with this product or seller

 **New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| | |
|---|---|
| Shipper / Seller | BB-FLY |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add to List**







Defendant No. 15
Store Name:
YHHAFSFW





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9**<sup>99</sup> ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.
- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.
- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.
- 🌍 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.
- 📩 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

 Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



**$9**<sup>99</sup> ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| | |
| --- | --- |
| Shipper / Seller | YHHAFSFW |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 16
Store Name:
WhisperForm



Amazon.com: UEUEKOKO Ca...

https://www.amazon.com/dp/B0FP86HB23

**amazon** | Deliver to Chicago 60619 | Beauty & Personal Care ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 Cart

Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9⁹⁹** ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📦 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

🚩 Report an issue with this product or seller

 **New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



**$9⁹⁹** ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

📍 Deliver to Chicago 60619

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Shipper / Seller   WhisperForm

Returns   30-day refund/replacement

Payment   Secure transaction

Add to List



## WhisperForm

Visit the WhisperForm storefront

★★★½☆ | **67% positive** lifetime (6 total ratings)

---

🔍 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

---

**About Seller**

WhisperForm is committed to providing each customer with the highest standard of customer service.

Have a question for WhisperForm?

[ Ask a question ]

---

**Reviews**

★★★½☆ **3.7 out of 5**

6 ratings

[ Lifetime ∨ ]

| | |
|---|---|
| 5 star | 67% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 33% |

Learn more about how seller reviews work on Amazon ∨

Share your thoughts with other customers

[ Leave seller feedback ]

**FILTER BY**

[ All stars ∨ ]

6 total ratings, 6 with feedback for Lifetime ⓘ

★★★★★ "Great"
By annie1234 on November 6, 2025.

★★★★★ "Got it on time, packed well. Everything went fine. Thanks for the smooth order."
By Mel on November 6, 2025.

★★★★★ "It's hard to imagine that you can get such a thing at this price - a sex doll. A life-sized sex doll can give me a kind of pleasure that's hard to put into word..."
Read more
By Jian Hui Hu on September 1, 2025.

★★★★★ "seller has great customer service"
By Amy Chen on July 16, 2025.

★☆☆☆☆ "Beware, this seller is a scammer! Throwing you an illusion of bogus tracking number, sending cheap ass trash that can fit in an envelope that's if you get it. W..."
Read more
By Bobby on April 24, 2025.

"Hi dear, I am very sorry that you got a wrong product but it does not belong to us because we do not have any information about your order. It is very likely th..."
Read more
By WhisperForm on August 1, 2025.

Previous **Next**

---

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

**Detailed Seller Information**

**Business Name:** xianleixiaoshangmaoyouxiangongsi
**Business Address:**
兴海大道前海信利康大厦
南区B2栋907
深圳市
南山区
广东省
518100
CN





Defendant No. 17
Store Name:
mafcbxcbeng





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9**⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
|---|---|
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.
- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.
- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.
- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.
- 📩 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller


**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



**$9**⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | mafcbxcbeng |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 18
Store Name:
huangquanlalala





## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9**⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌴 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📦 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty Shop Bobbi Brown



**$9**⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | huangquanlalala |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 19
Store Name:
Xihe Building Materials





Click to see full view

# UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

## About this item

- 🎉 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 🤎 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller



**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty   Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | Xihe Building Materials |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List



# Xihe Building Materials

Visit the Xihe Building Materials storefront

★★★★★ | **100% positive** lifetime (2 total ratings)

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

Xihe Building Materials is committed to providing each customer with the highest standard of customer service.

**Have a question for Xihe Building Materials?**

Ask a question

## Reviews

★★★★★ 5 out of 5

2 ratings

Lifetime ⌄

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

2 total ratings, 2 with feedback for Lifetime ⓘ

★★★☆☆   "We used the water slide for 1 afternoon. There is an eight-inch section of seam that came undone, and also a tear from where the seam came undone. The slide wil..."
Read more
By Celeste Monaghan on August 11, 2025.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "Great seller. Happy over speedydelivery"
By Jean Sherrill on July 23, 2025.

★★★★★   "Good morning, the stitching on the bottom of the slide is coming apart, how can we resolve this issue? I will send some pictures."
By Mariel Hoppenreijs on June 27, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** hebeixihebaowenjiancaiyouxiangongsi
**Business Address:**
兴海大道前海佶利康大厦
南区D4栋1103
深圳市
南山区
广东省
518100
CN

## Shipping Policies   ⌄

## Other Policies   ⌄

## Help   ⌄

## Products

See all products currently offered by the seller.





Defendant No. 20
Store Name:
YUQIUCHAN



amazon | Deliver to Chicago 60619 | Beauty & Personal Care ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 0 Cart



Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9⁹⁹** ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unrefined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📧 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

Report an issue with this product or seller

 **New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

| | |
|---|---|
| Shipper / Seller | YUQIUCHAN |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 21
Store Name:
JUJUJIE





Click to see full view

## UEUEKOKO Carehair 4oz (120g), 100% Organic Batana oil l Raw& Undefined, Sourced from Honduras.

Brand: UEUEKOKO

**$9**⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Hair Type | All |
| --- | --- |
| Item Form | Cream |
| Brand | UEUEKOKO |
| Number of Items | 1 |
| Unit Count | 4 Fluid Ounces |

### About this item

- 🌿 UEUEKOKO Discover the Secret of Honduran Batana Oil Our 100% pure, raw, and unfined Batana oil is ethically sourced from the nuts of Honduran American oil palms. Blended with nourishing Shea Butter, Vitamin E, and Castor Seed Oil, this fragrance-free formula delivers intense strength and pure, healthy care to your hair.

- ✅ UEUEKOKO Promote Stronger, Fuller Hair This nutrient-rich oil is specially formulated to help promote hair growth and reduce hair loss. Vitamin E and natural antioxidants work to strengthen hair from root to tip, supporting thicker, more resilient hair with regular use.

- ✨ UEUEKOKO Simple, Effective Treatment For best results, massage into scalp for 3–5 minutes, cover with a shower cap, and leave on for 20–30 minutes before rinsing. Use weekly as a deep-conditioning treatment to moisturize, fortify, and help prevent breakage.

- 🌐 UEUEKOKO For Every Hair Type Ideal for all textures—thick, curly, coiled, or natural African hair. Suitable for both women and men as a growth serum, scalp treatment, or overnight hair mask.

- 📦 Questions? We're Here to Help , Contact us anytime for support—we're happy to assist.

 Report an issue with this product or seller

 **New on Amazon: Bobbi Brown**
Give the gift of effortless beauty Shop Bobbi Brown



**$9**⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Monday, December 8.** Details

Deliver to Chicago 60619

**In Stock**

Quantity: 1

**Add to cart**

**Buy Now**

Shipper / Seller  JUJUJIE

Returns  30-day refund/replacement

Payment  Secure transaction

**Add to List**



## JUJUJIE

Visit the JUJUJIE storefront

★★★½☆ | **57% positive** in the last 12 months (23 ratings)

🛡️ **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

### About Seller

JUJUJIE is committed to providing each customer with the highest standard of customer service.

**Have a question for JUJUJIE?**

Ask a question

### Reviews

★★★½☆ **3.3 out of 5**    [ 12 months ⌄ ]
23 ratings

| | |
| --- | --- |
| 5 star | 48% |
| 4 star | 9% |
| 3 star | 4% |
| 2 star | 4% |
| 1 star | 35% |

Learn more about how seller reviews work on Amazon ⌄

Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars ⌄

23 total ratings, 23 with feedback for 12 months ⓘ

★☆☆☆☆  ˮWant to cancel order; waiting for it for over 2 monthsˮ
By A. Holloway on October 17, 2025.

★★★★★  ˮMuy buen servicio llegó rápido y bien embaladoˮ
By Jannet on August 31, 2025.

★☆☆☆☆  ˮI bought 2 vests cost was 28. 48 and they were not as expected. I received a label for both items each label put on each vest and mailed back from the wincheste...ˮ
Read more
By Costa on August 30, 2025.

★☆☆☆☆  ˮAm still waiting on my package since Julyˮ
By Amazon Customer on August 22, 2025.

★★★☆☆  ˮOrdered large. Got XLarge.ˮ
By Amazon Customer on August 12, 2025.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** Huizhoushijujiewanjuyouxiangongsi
**Business Address:**
  兴海大道前海信利康大厦
  南区D4栋904
  深圳市
  南山区
  广东
  518100
  CN

### Shipping Policies  ⌄

### Other Policies  ⌄

### Help  ⌄





Defendant No. 22
Store Name:
YueHuanHuan-us









Defendant No. 23
Store Name:
LIHAISHAN





### MYSTICART UEUEKOKO Careha068IR 4oz (120g)，100% Raw Batana - Pure & Unrefined Miracle Hair Oil with Shea Butter, Vitamin E, and Castor Seed Oil - Fragrance-Free - Sourced From Honduras。

Brand: Generic

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Brand | Generic |
|---|---|
| Unit Count | 4 Fluid Ounces |
| Manufacturer | UEUEKOKO |

#### About this item

- UEUEKOKO Our organic batana oil is extracted from the nuts of the American palm tree from Honduras. Made with organic, natural and unrefined ingredients, experience the power of 100% pure batana oil to make your hair stronger.Provides pure and healthy care for your hair.
- UEUEKOKO Promoting Hair Growth & Anti Hair Loss : This organic batana oil is enriched with Vitamin E, which can effectively help to promote hair growth and strength hair inside out. Regular use of Batana oil have shown to help prevent hair loss~.
- UEUEKOKO Simple to Use: Massage a generous amount of this hair growth oil into scalp for 3-5 minutes, leave it on and cover with a showercap for 20-30 minutes, then rinse with warm water. Use it as a regular part of hair care routine to get the best performance to nourish, moisturize, fortify and preven hair damage/
- UEUEKOKO For All Hair Types: Whether you have thick, curly, or African-textured hair, this hair stimulator for growth works for women & men; use daily as a hair treatment, scalp moisturizer and protective hair mask!!
- UEUEKOKO Model: Careha068IR If you have questions and concerns, please don't hesitate to contact us and we will help and assist you.



Report an issue with this product or seller



**Watch & shop the red carpet**
Beauty from the Golden Globes | See More







Defendant No. 24
Store Name:
hezexiaomadawuliuyouxiangongsi







## UEUEKOKO Careha068IR 4oz (120g)，100% Raw Batana Oil - Pure & Unrefined Miracle Hair Oil with Shea Butter, Vitamin E, and Castor Seed Oil - Fragrance-Free - Sourced From Honduras。

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 4 Fl Oz (Pack of 1)

| 4 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 2) |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $15.99 ($2.00 / fluid ounce) |

| | |
|---|---|
| Product Benefits | Detangling |
| Hair Type | All |
| Scent | Unscented |
| Liquid Volume | 4 Fluid Ounces |
| Item Form | Cream |

### About this item

- UEUEKOKO Our organic batana oil is extracted from the nuts of the American palm tree from Honduras. Made with organic, natural and unrefined ingredients, experience the power of 100% pure batana oil to make your hair stronger.Provides pure and healthy care for your hair.
- UEUEKOKO Promoting Hair Growth & Anti Hair Loss : This organic batana oil is enriched with Vitamin E, which can effectively help to promote hair growth and strength hair inside out. Regular use of Batana oil have shown to help prevent hair loss~.
- UEUEKOKO Simple to Use: Massage a generous amount of this hair growth oil into scalp for 3-5 minutes, leave it on and cover with a showercap for 20-30 minutes, then rinse with warm water. Use it as a regular part of hair care routine to get the best performance to nourish, moisturize, fortify and preven hair damage/
- UEUEKOKO For All Hair Types: Whether you have thick, curly, or African-textured hair, this hair stimulator for growth works for women & men; use daily as a hair treatment, scalp moisturizer and protective hair mask!!
- UEUEKOKO Model: Careha068IR If you have questions and concerns, please don't hesitate to contact us and we will help and assist you.

Report an issue with this product or seller



New on Amazon: Bobbi Brown
Give the gift of effortless beauty  Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery Tuesday, January 13. Details

Deliver to Chicago 60619

In stock
Usually ships within 3 to 4 days.

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | hezexiaomadawuliuyouxiangongsi |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 25
Store Name:
xingtaigengyaoshangmaoyouxiangongsi





UEUEKOKO Careha068IR 4oz (120g)，100% Raw Batana Oil - Pure & Unrefined Miracle Hair Oil with Shea Butter, Vitamin E, and Castor Seed Oil - Fragrance-Free - Sourced From Honduras。

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Size: **4 Fl Oz (Pack of 1)**



| 4 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 2) |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $15.99 ($2.00 / fluid ounce) |

| Product Benefits | Detangling |
|---|---|
| Hair Type | All |
| Scent | Unscented |
| Liquid Volume | 4 Fluid Ounces |
| Item Form | Cream |

### About this item

- UEUEKOKO Our organic batana oil is extracted from the nuts of the American palm tree from Honduras. Made with organic, natural and unrefined ingredients, experience the power of 100% pure batana oil to make your hair stronger.Provides pure and healthy care for your hair.
- UEUEKOKO Promoting Hair Growth & Anti Hair Loss : This organic batana oil is enriched with Vitamin E, which can effectively help to promote hair growth and strength hair inside out. Regular use of Batana oil have shown to help prevent hair loss~.
- UEUEKOKO Simple to Use: Massage a generous amount of this hair growth oil into scalp for 3-5 minutes, leave it on and cover with a showercap for 20-30 minutes, then rinse with warm water. Use it as a regular part of hair care routine to get the best performance to nourish, moisturize, fortify and preven hair damage/
- UEUEKOKO For All Hair Types: Whether you have thick, curly, or African-textured hair, this hair stimulator for growth works for women & men; use daily as a hair treatment, scalp moisturizer and protective hair mask!!
- UEUEKOKO Model: Careha068IR If you have questions and concerns, please don't hesitate to contact us and we will help and assist you.

Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Tuesday, January 13**. Details

Deliver to Chicago 60619

**In stock**
Usually ships within 3 to 4 days.

Quantity: 1

**Add to cart**

**Buy Now**

| Shipper / Seller | xingtaigengyaosh angmaoyouxiango ngsi |
|---|---|
| Returns | 30-day refund/replaceme nt |
| Payment | Secure transaction |

Add to List







# Defendant No. 26
## Store Name:
## meishanshihonghuashangmaoyouxiangongsi









amazon | Deliver to Chicago 60619 | Beauty & Personal Care | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

UEUEKOKO Careha068IR 4oz (120g)，100% Raw Batana Oil - Pure & Unrefined Miracle Hair Oil with Shea Butter, Vitamin E, and Castor Seed Oil - Fragrance-Free - Sourced From Honduras。

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 4 Oz (Pack of 1)

| 4 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 2) |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $15.99 ($2.00 / fluid ounce) |

| | |
|---|---|
| Product Benefits | Detangling |
| Hair Type | All |
| Scent | Unscented |
| Liquid Volume | 4 Fluid Ounces |
| Item Form | Cream |

### About this item

- UEUEKOKO Our organic batana oil is extracted from the nuts of the American palm tree from Honduras. Made with organic, natural and unrefined ingredients, experience the power of 100% pure batana oil to make your hair stronger.Provides pure and healthy care for your hair.
- UEUEKOKO Promoting Hair Growth & Anti Hair Loss : This organic batana oil is enriched with Vitamin E, which can effectively help to promote hair growth and strength hair inside out. Regular use of Batana oil have shown to help prevent hair loss~.
- UEUEKOKO Simple to Use: Massage a generous amount of this hair growth oil into scalp for 3-5 minutes, leave it on and cover with a showercap for 20-30 minutes, then rinse with warm water. Use it as a regular part of hair care routine to get the best performance to nourish, moisturize, fortify and preven hair damage/
- UEUEKOKO For All Hair Types: Whether you have thick, curly, or African-textured hair, this hair stimulator for growth works for women & men; use daily as a hair treatment, scalp moisturizer and protective hair mask!!
- UEUEKOKO Model: Careha068IR If you have questions and concerns, please don't hesitate to contact us and we will help and assist you.

Report an issue with this product or seller

New on Amazon: Bobbi Brown
Give the gift of effortless beauty Shop Bobbi Brown

$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery Tuesday, January 13. Details

Deliver to Chicago 60619

In stock
Usually ships within 3 to 4 days.

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | meishanshihongh uashangmaoyouxi angongsi |
|---|---|
| Returns | 30-day refund/replaceme nt |
| Payment | Secure transaction |

Add to List







Defendant No. 27
Store Name:
chengduxincaimeidadianzishangwuyouxiangongsi

Amazon.com: MYSTICART UE ✕ +

https://www.amazon.com/dp/B0FLV5MBGH

amazon  Deliver to Chicago 60619 | Beauty & Personal Care ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart



Click to see full view

## UEUEKOKO Careha068IR 4oz (120g)，100% Raw Batana Oil - Pure & Unrefined Miracle Hair Oil with Shea Butter, Vitamin E, and Castor Seed Oil - Fragrance-Free - Sourced From Honduras。
Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: **4 Fl Oz (Pack of 1)**



| 4 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 2) |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $15.99 ($2.00 / fluid ounce) |

| | |
|---|---|
| Product Benefits | Detangling |
| Hair Type | All |
| Scent | Unscented |
| Liquid Volume | 4 Fluid Ounces |
| Item Form | Cream |

### About this item

- UEUEKOKO Our organic batana oil is extracted from the nuts of the American palm tree from Honduras. Made with organic, natural and unrefined ingredients, experience the power of 100% pure batana oil to make your hair stronger.Provides pure and healthy care for your hair.
- UEUEKOKO Promoting Hair Growth & Anti Hair Loss : This organic batana oil is enriched with Vitamin E, which can effectively help to promote hair growth and strength hair inside out. Regular use of Batana oil have shown to help prevent hair loss~.
- UEUEKOKO Simple to Use: Massage a generous amount of this hair growth oil into scalp for 3-5 minutes, leave it on and cover with a showercap for 20-30 minutes, then rinse with warm water. Use it as a regular part of hair care routine to get the best performance to nourish, moisturize, fortify and preven hair damage/
- UEUEKOKO For All Hair Types: Whether you have thick, curly, or African-textured hair, this hair stimulator for growth works for women & men; use daily as a hair treatment, scalp moisturizer and protective hair mask!!
- UEUEKOKO Model: Careha068IR If you have questions and concerns, please don't hesitate to contact us and we will help and assist you.

🚩 Report an issue with this product or seller



**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty Shop Bobbi Brown



$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Tuesday, January 13.** Details

📍 Deliver to Chicago 60619

**In stock**
Usually ships within 3 to 4 days.

Quantity: 1 ▾

**Add to cart**

**Buy Now**

| Shipper / Seller | chengduxincaimei dadianzishangwuy ouxiangongsi |
|---|---|
| Returns | 30-day refund/replaceme nt |
| Payment | Secure transaction |

Add to List







Defendant No. 28
Store Name:
yiwushiyanmandianzishangwuyouxiangongsi









UEUEKOKO Careha068IR 4oz (120g)，100% Raw Batana Oil - Pure & Unrefined Miracle Hair Oil with Shea Butter, Vitamin E, and Castor Seed Oil - Fragrance-Free - Sourced From Honduras。

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Size: 4 Fl Oz (Pack of 1)

| 4 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 2) |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $15.99 ($2.00 / fluid ounce) |

| | |
|---|---|
| Product Benefits | Detangling |
| Hair Type | All |
| Scent | Unscented |
| Liquid Volume | 4 Fluid Ounces |
| Item Form | Cream |

### About this item

- UEUEKOKO Our organic batana oil is extracted from the nuts of the American palm tree from Honduras. Made with organic, natural and unrefined ingredients, experience the power of 100% pure batana oil to make your hair stronger.Provides pure and healthy care for your hair.
- UEUEKOKO Promoting Hair Growth & Anti Hair Loss : This organic batana oil is enriched with Vitamin E, which can effectively help to promote hair growth and strength hair inside out. Regular use of Batana oil have shown to help prevent hair loss~.
- UEUEKOKO Simple to Use: Massage a generous amount of this hair growth oil into scalp for 3-5 minutes, leave it on and cover with a showercap for 20-30 minutes, then rinse with warm water. Use it as a regular part of hair care routine to get the best performance to nourish, moisturize, fortify and preven hair damage/
- UEUEKOKO For All Hair Types: Whether you have thick, curly, or African-textured hair, this hair stimulator for growth works for women & men; use daily as a hair treatment, scalp moisturizer and protective hair mask!!
- UEUEKOKO Model: Careha068IR If you have questions and concerns, please don't hesitate to contact us and we will help and assist you.

Report an issue with this product or seller

**New on Amazon: Bobbi Brown**
Give the gift of effortless beauty  Shop Bobbi Brown

$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Tuesday, January 13**. Details

Deliver to Chicago 60619

**In stock**
Usually ships within 3 to 4 days.

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | yiwushiyanmandianzishangwuyouxiangongsi |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List







Defendant No. 29
Store Name:
henanshengrongkuoshangmaoyouxiangongsi



# UEUEKOKO Careha068IR 4oz (120g)，100% Raw Batana Oil - Pure & Unrefined Miracle Hair Oil with Shea Butter, Vitamin E, and Castor Seed Oil - Fragrance-Free - Sourced From Honduras₀

Brand: UEUEKOKO

$9⁹⁹ ($2.50 / fluid ounce)

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 4 Fl Oz (Pack of 1)

| 4 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 2) |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $15.99 ($2.00 / fluid ounce) |

| Product Benefits | Detangling |
|---|---|
| Hair Type | All |
| Scent | Unscented |
| Liquid Volume | 4 Fluid Ounces |
| Item Form | Cream |

## About this item

- UEUEKOKO Our organic batana oil is extracted from the nuts of the American palm tree from Honduras. Made with organic, natural and unrefined ingredients, experience the power of 100% pure batana oil to make your hair stronger.Provides pure and healthy care for your hair.
- UEUEKOKO Promoting Hair Growth & Anti Hair Loss : This organic batana oil is enriched with Vitamin E, which can effectively help to promote hair growth and strength hair inside out. Regular use of Batana oil have shown to help prevent hair loss~.
- UEUEKOKO Simple to Use: Massage a generous amount of this hair growth oil into scalp for 3-5 minutes, leave it on and cover with a showercap for 20-30 minutes, then rinse with warm water. Use it as a regular part of hair care routine to get the best performance to nourish, moisturize, fortify and preven hair damage/
- UEUEKOKO For All Hair Types: Whether you have thick, curly, or African-textured hair, this hair stimulator for growth works for women & men; use daily as a hair treatment, scalp moisturizer and protective hair mask!!
- UEUEKOKO Model: Careha068IR If you have questions and concerns, please don't hesitate to contact us and we will help and assist you.

 Report an issue with this product or seller

 New on Amazon: Bobbi Brown
Give the gift of effortless beauty  Shop Bobbi Brown







Defendant No. 30
Store Name:
XingMengBaiHuo







